# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COLIN A. EDWARDS,**

      **Plaintiff,**

-vs-                                          Case No. 6:10-cv-554-Orl-31DAB

**BRYAN C. SHANLEY and JUSTIN E. LOVETT,**

      **Defendants.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because it involves allegations of excessive force against officers of the Orlando Police Department.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 15, 2010.

                                                                GREGORY A. PRESNELL
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record